## COUNTY OF MIDDLESEX *vs.* CITY OF LOWELL.

A city is not liable for the support of a convict in a house of correction, under the Gen. Sts. *c.* 178, §§ 58–60, if notice of his commitment is not given to it for six months.

CONTRACT on an account annexed, for the support of convicts under the Gen. Sts. *c.* 178, §§ 58–60. The case was submitted to the judgment of the superior court, and, on appeal, of this court, upon a statement of facts, in which it was agreed that some of the convicts for whose support the plaintiffs sought to recover were committed on or before July 1, and discharged on or before November 11, and the notice of their commitment, required by the Gen. Sts. *c.* 178, § 60, was sent to the mayor and aldermen of the defendants on the first day of the January following their discharge. There were some items in the plaintiffs' account which were not disputed.

If the court should be of opinion that the notice in the instances above mentioned was sufficient within § 60, or that, although the notice was not within the provisions of that section, yet the want of legal notice to the defendants under that section did not prevent the plaintiffs from recovering, then judgment was to be entered for the plaintiffs for $201.74 ; but if the court should be of opinion that the notice was not sufficient, and that the want of a sufficient notice would prevent the plaintiffs from recovering, then judgment to be entered for them for $48.80.

*I. S. Morse*, for the plaintiffs.

*J. F. McEvoy*, for the defendants.

COLT, J. The statute requires that, when a person is committed to the house of correction for certain offences named, for whose support a city or town may be liable, " the master or

keeper shall immediately give notice thereof in writing, by mail or otherwise," to the proper officers of such city or town. Gen. Sts. *c.* 178, § 60. This is a statute liability, and it requires that notice should at least be given without unnecessary delay. It is essential to enable the city or town to satisfy themselves of their liability and with reference to their claims against others. The notice in this case was too late to be regarded as a compliance with the statute. *Boston* v. *Amesbury*, 4 Met. 278. According to the agreement of the parties, judgment must be entered for the plaintiffs for the sum of $48.80.    *Judgment accordingly*.